# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                              §
                                    §
BARELLA, DEBRA A                    §    Case No. 10-40164 JPC
                                    §
           Debtor(s)                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/RONALD R. PETERSON_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-40164 | Judge: JACQUELINE P. COX | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | BARELLA, DEBRA A | | Date Filed (f) or Converted (c): | 09/08/10 (f) |
| | | | 341(a) Meeting Date: | 11/08/10 |
| For Period Ending: | 03/22/13 | | Claims Bar Date: | 02/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 15239 Creekside, Unit C, Oak Forest, IL 60452 | 103,844.00 | 0.00 | | 0.00 | 0.00 | 139,613.57 | 0.00 |
| 2. 15119 Kilpatrick, Oak Forest, IL 1/5 interest in h | 23,400.00 | 19,400.00 | | 30,000.00 | 12,000.00 | 0.00 | 4,000.00 |
| 3. Cash on hand | 50.00 | 50.00 | | 0.00 | 50.00 | 0.00 | 0.00 |
| 4. Checking account w/ Harris Bank - Joint w/ sister | 1,400.00 | 1,400.00 | | 0.00 | 1,400.00 | 0.00 | 0.00 |
| 5. Household goods | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 | 0.00 | 0.00 |
| 6. Books, pictures, and DVDs | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 7. Clothes | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 8. Misc jewelry and watches | 200.00 | 200.00 | | 0.00 | 200.00 | 0.00 | 0.00 |
| 9. Term life Insurance - no cash value | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. 401K | 4,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 11. 04 Nissan Pathfinder | 5,700.00 | 5,388.00 | | 0.00 | 5,388.00 | 0.00 | 312.00 |
| 12. 01 Dodge Intrepid | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.16 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $141,194.00 | $28,438.00 | | $30,000.16 | $21,038.00 | $139,613.57 | $8,912.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

Case No: 10-40164    Judge: JACQUELINE P. COX
Case Name: BARELLA, DEBRA A

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 09/08/10 (f)
341(a) Meeting Date: 11/08/10
Claims Bar Date: 02/09/11

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 13, 2012, 07:51 am Deal Closed; Money in the Bank, can now file a final report

January 30, 2012, 01:02 pm. The property for sale is still tied up in pobate.

February 17, 2011, 03:24 pm Property under contract and awaiting approval of both probate and bankruptcy court.

Spoke with counsel for sibling, and sale is imminent.

November 26, 2010, 1:39 p.m. Debtor owns one-fifth interest in mother's home, valued at $172,500, per Zillow.

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 06/30/13

_____ Date: _____
RONALD R. PETERSON

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-40164 -JPC | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | BARELLA, DEBRA A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8455 Checking Account |
| Taxpayer ID No: | *******4708 | | | |
| For Period Ending: | 03/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 26,051.19 | | 26,051.19 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.06 | 26,035.13 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.59 | 26,018.54 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.04 | 26,002.50 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.57 | 25,985.93 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.63 | 25,947.30 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.84 | 25,912.46 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 26,051.19 | 138.73 | 25,912.46 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 26,051.19 | 0.00 | |
| | | Subtotal | | 0.00 | 138.73 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 138.73 | |

Page Subtotals 26,051.19 138.73

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 10-40164 -JPC | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | BARELLA, DEBRA A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9797 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4708 | | | |
| For Period Ending: | 03/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/12 | 2 | Professional National Title Network Inc<br>Three First National Plaza<br>Suite 1600<br>Chicago, Il 60602 | | | 26,059.57 | | 26,059.57 |
| | | PROFESSIONAL NATIONAL TITLE NETWORK | Memo Amount: 30,000.00 | 1110-000 | | | |
| | | COOK COUNTY | Memo Amount: ( 462.83 )<br>Real Estate Tax 2011 | 2820-000 | | | |
| | | COOK COUNTY | Memo Amount: ( 481.98 )<br>Real Estate tax 2012 | 2820-000 | | | |
| | | COOK COUNTY | Memo Amount: ( 45.03 )<br>Stamp Tax | 2820-000 | | | |
| | | CLASSIC REALTY AND KAGAN REALTY | Memo Amount: ( 1,500.00 )<br>Broker's Commission | 3510-000 | | | |
| | | PROFESSIONAL NATIONAL • ITLE | Memo Amount: ( 334.59 )<br>Title Charges | 2500-000 | | | |
| | | DAVID A. RING & ASSOCIATES | Memo Amount: ( 65.00 )<br>Survey Fee | 2500-000 | | | |
| | | MCGRANE LAW | Memo Amount: ( 433.00 )<br>Attorneys Fee | 3210-000 | | | |
| | | SOUTWEST EXTERMINATORS | Memo Amount: ( 18.00 )<br>Pest Infection Fee | 2500-000 | | | |
| | | | Memo Amount: ( 600.00 )<br>Sellers closing cost credit | 2500-000 | | | |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 26,059.67 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 26,059.73 |
| 08/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR | BANK FEES | 2600-000 | | 8.54 | 26,051.19 |

Page Subtotals 26,059.73 8.54

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-40164 -JPC | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | BARELLA, DEBRA A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9797 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4708 | | |
| For Period Ending: | 03/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/09/12 | | DALLAS, TX 75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 26,051.19 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 30,000.00 | COLUMN TOTALS | 26,059.73 | 26,059.73 | 0.00 |
| Memo Allocation Disbursements: | 3,940.43 | Less: Bank Transfers/CD's | 0.00 | 26,051.19 | |
| | | Subtotal | 26,059.73 | 8.54 | |
| Memo Allocation Net: | 26,059.57 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 26,059.73 | 8.54 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 30,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 3,940.43 | Checking Account - ********8455 | 0.00 | 138.73 | 25,912.46 |
| | | Money Market Account (Interest Earn - *******9797 | 26,059.73 | 8.54 | 0.00 |
| Total Memo Allocation Net: | 26,059.57 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 26,059.73 | 147.27 | 25,912.46 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       26,051.19

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 22, 2013 |
|---|---|---|---|---|---|---|
| Case Number: 10-40164<br>Debtor Name: BARELLA, DEBRA A | | Claim Class Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000006<br>001<br>3110-00 | JENNER & BLOCK LLP<br>353 NORTH CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative | | $7,016.00 | $7,016.00 | $7,016.00 |
| 000001<br>070<br>7100-00 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | Filed 11/14/10 | $0.00 | $1,329.53 | $1,329.53 |
| 000002<br>070<br>7100-00 | Will County Medical Assoc<br>At Joliet Medical Bldg<br>2100 Glenwood Ave<br>Joliet, IL 60435 | Unsecured | Filed 11/18/10 | $0.00 | $2,244.43 | $2,244.43 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | Filed 12/02/10 | $0.00 | $1,448.78 | $1,448.78 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | Filed 12/06/10 | $0.00 | $4,211.30 | $4,211.30 |
| 000005<br>070<br>7100-00 | Galaxy International Purchasing, LLC<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | Filed 12/16/10 | $0.00 | $2,246.23 | $2,246.23 |
| | Case Totals: | | | $7,016.00 | $18,496.27 | $18,496.27 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-40164 JPC
Case Name: BARELLA, DEBRA A
Trustee Name: RONALD R. PETERSON

       Balance on hand          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |
| 000002 | Will County Medical Assoc<br>At Joliet Medical Bldg<br>2100 Glenwood Ave<br>Joliet, IL 60435 | $ | $ | $ |
| 000003 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ | $ | $ |
| 000005 | Galaxy International Purchasing, LLC<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $_____ |
| Remaining Balance | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of _____% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $_____. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $_____.