# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: § 
 § 
BARELLA, DEBRA A § Case No. 10-40164 JPC
 § 
 Debtor(s) § 

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/16/2013 in Courtroom 680,

UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/15/2013                    By: UNITED STATES BANKRUPTCY
                                               COURT
                                                                    Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
BARELLA, DEBRA A § Case No. 10-40164 JPC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,000.16 |
| and approved disbursements of | $ | 4,087.70 |
| leaving a balance on hand of[1] | $ | 25,912.46 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 3,350.76 | $ 0.00 | $ 3,350.76 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 7,016.00 | $ 0.00 | $ 7,016.00 |

Total to be paid for chapter 7 administrative expenses     $     10,366.76
Remaining Balance     $     15,545.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,480.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 1,329.53 | $ 0.00 | $ 1,329.53 |
| 000002 | Will County Medical Assoc<br>At Joliet Medical Bldg<br>2100 Glenwood Ave<br>Joliet, IL 60435 | $ 2,244.43 | $ 0.00 | $ 2,244.43 |
| 000003 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ 1,448.78 | $ 0.00 | $ 1,448.78 |
| 000004 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 4,211.30 | $ 0.00 | $ 4,211.30 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Galaxy International Purchasing, LLC c/o B-Line, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ 2,246.23 | $ 0.00 | $ 2,246.23 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 11,480.27 |
| Remaining Balance | $ | 4,065.43 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 72.89 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,992.54 .

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-40164-JPC
Debra A Barella Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: tmaurer     Page 1 of 3     Date Rcvd: Apr 16, 2013
                       Form ID: pdf006    Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2013.

```
db           +Debra A Barella,   15239 Creekside, Unit C,   Oak Forest, IL 60452-2362
aty          +Ronald R Peterson,   Jenner & Block LLP,   353 N. Clark Street,   Chicago, IL 60654-5474
16103538    ++ASSET MANAGEMENT OUTSOURCING RECOVERIES INC,    6737 W WASHINGTON ST,    STE 4204,
               MILWAUKEE WI 53214-5647
             (address filed with court:  AMO Recoveries,    6737 W Washington St, Ste 3118,
               West Allis, WI 53214)
16103537     +Affiliated Radiologists,   Dept 4104,   Carol Stream, IL 60122-0001
16103539     +Associated Laboratory Physicians,   PO Box 74821,   Chicago, IL 60694-4821
16103540     +Barclays Bank Delaware,   Attention: Customer Support Department,   PO Box 8833,
               Wilmington, DE 19899-8833
16103541     +Blatt Hasenmiller,   For Citibank,   125 S Wacker Dr Ste 400,   Chicago, IL 60606-4440
16103542     +Blatt Hasenmiller Leibsker & Moore,   125 S Wacker Dr Ste 400,   Chicago, IL 60606-4440
20311572      Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
               Charlotte, NC 28272-1083
16103544     +Chase,   201 N. Central Ave Floor 11,   Phoenix, AZ 85004-1071
16499381     +Chase Bank USA, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,
               Dallas, TX 75374-0933
16103545     +Chicago Institute of Neurosurgery,   PO Box 2401,   Bedford Park, IL 60499-2401
16103547     +Dependon Collection Service,   PO Box 4833,   Oak Brook, IL 60522-4833
16103548     +EOS CCA,   700 Longwater Dr,   Norwell, MA 02061-1624
16103549     +Field Surgical Associates,   71 W 156th St, Ste 309,   Harvey, IL 60426-4264
16103552     +ICS,   PO Box 1010,   Tinley Park, IL 60477-9110
16103553     +ID Specialists Ltd,   4647 W Lincoln Hwy,   Matteson, IL 60443-2319
16103554     +Kenneth Donkel,   For  Shadetree Condo Assoc,   7220 W 194th St, Ste 105,
               Tinley Park, IL 60487-9228
16103556     +Loyola University Medical Center,   Attn Billing,   2160 1st Ave,   Maywood, IL 60153-3328
16103557     +Macys/fdsb,   Macy's Bankruptcy,   PO Box 8053,   Mason, OH 45040-8053
16103558     +Medical Business Bureau,   1175 Devin Dr, Ste 173,   Norton Shores, MI 49441-6079
16103559     +Merchants Credit Guide,   223 W Jackson Blvd,   Chicago, IL 60606-6908
16103560     +Nationwide Credit & Co,   Attn: Bankruptcy,   9919 W Roosevelt Rd Ste 101,
               Westchester, IL 60154-2771
16103562     +Oac,   Po Box 371100,   Milwaukee, WI 53237-2200
16103563     +Primary Heathcare Assoc,   4647 W Lincoln Hwy, Lower Level,   Matteson, IL 60443-2319
16103565    ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
               CHICAGO IL 60612-3228
             (address filed with court:  Rush University Medical Group,    75 Remittance Dr Dept 1611,
               Chicago, IL 60675)
16103564     +Radiology Imaging Consult,   PO Box 1886,   Harvey, IL 60426-7886
16103566     +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
16103567     +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
16103568     +South Suburban Hospital,   attn Patient Accts,   17800 S Kedzie,   Hazel Crest, IL 60429-0989
16103569     +Southwest Laboratory Phys,   Dept 77-9288,   Chicago, IL 60678-0001
16103570     +Suburban Emergency Phys Group,   PO Box 4623,   Carol Stream, IL 60122-4623
16103571     +Sullivan Urgent Aid Ctr,   Dept 20-6001,   PO Box 5990,   Carol Stream, IL 60197-5990
16103573     +Trustmark Recovery Services,   541 Otis Bowen Dr,   Munster, IN 46321-4158
16103574      Us Bank Home Mortgage,   Attn: Bankruptcy Dept,   PO box 5229,   Cincinnati, OH 42304
16103575     +Van Ru Credit Corp,   1350 E Touhy Ave, Ste 100E,   Des Plaines, IL 60018-3337
16103576     +Will County Medical Assoc,   At Joliet Medical Bldg,   2100 Glenwood Ave,   Joliet, IL 60435-5696
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16510833      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2013 02:18:44     Capital One Bank (USA), N.A.,
               by American Infosource Lp As Agent,   PO Box 248839,   Oklahoma City, OK  73124-8839
16103543     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2013 02:18:45     Capital One, N.a.,
               C/O American Infosource,   PO Box 54520,   Oklahoma City, OK 73154-1529
16556565      E-mail/Text: resurgentbknotifications@resurgent.com Apr 17 2013 02:02:05
               Galaxy International Purchasing, LLC,   c/o B-Line, LLC,   MS 550,   PO Box 91121,
               Seattle, WA 98111-9221
16103550     +E-mail/Text: bkynotice@harvardcollect.com Apr 17 2013 02:06:23     Harvard Collection,
               4839 N Elston Ave,   Chicago, IL 60630-2589
16103555     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 17 2013 02:03:14     Kohls,   Attn: Recovery Dept,
               PO Box 3120,   Milwaukee, WI 53201-3120
16418918     +E-mail/Text: bncmail@w-legal.com Apr 17 2013 02:10:11     OPHRYS, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
18347416      E-mail/Text: bnc-quantum@quantum3group.com Apr 17 2013 02:08:46
               Quantum3 Group LLC as agent for,   Galaxy International Purchasing LLC,   PO Box 788,
               Kirkland, WA 98083-0788
16103572     +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 17 2013 02:10:24     Transworld Systems, Inc,
               1375 E Woodfield Rd, #110,   Schaumburg, IL 60173-5423
                                                                                               TOTAL: 8
```

```
District/off: 0752-1          User: tmaurer            Page 2 of 3            Date Rcvd: Apr 16, 2013
                              Form ID: pdf006         Total Noticed: 45

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16103546*    +Debra A Barella,    15239 Creekside, Unit C,   Oak Forest, IL 60452-2362
16103551    ##+Harvey Anesthesiologists,    222 E Dundee Rd,    Wheeling, IL 60090-3009
16103561    ##+Nationwide Credt & Collection,    815 Commerce Dr, Ste 100,   Oak Brook, IL 60523-8839
                                                                          TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2013**                **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1         User: tmaurer              Page 3 of 3            Date Rcvd: Apr 16, 2013
                             Form ID: pdf006            Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2013 at the address(es) listed below:
          Julie M Gleason    on behalf of Debtor Debra A Barella juliegleasonlaw@gmail.com,
           gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;derek@chicagobk.com;meaghan@chicago
           bk.com;atty_troy@trustesolutions.com;ggbestcase@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald  Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
           lraiford@jenner.com
          Ronald R Peterson    on behalf of Attorney   Jenner & Block LLP rpeterson@jenner.com,
           rpeterson@ecf.epiqsystems.com;docketing@jenner.com
          Ronald R Peterson    rpeterson@jenner.com,   rpeterson@ecf.epiqsystems.com;docketing@jenner.com
          Toni  Dillon    on behalf of Creditor   U.S. Bank, N.A. tdillon@atty-pierce.com,
           northerndistrict@atty-pierce.com
                                                                           TOTAL: 6