UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BARELLA, DEBRA A | § | Case No. 10-40164 JPC |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DEBRA A BARELLA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase 201 N. Central Ave Floor 11 Phoenix, AZ 85004 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kenneth Donkel For Shadetree Condo Assoc 7220 W 194th St, Ste 105 Tinley Park, IL 60487 | | | | | |
| | Us Bank Home Mortgage Attn: Bankruptcy Dept PO box 5229 Cincinnati, OH 42304 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| DAVID A. RING & ASSOCIATES | | | | | |
| PROFESSIONAL NATIONAL TITLE | | | | | |
| SOUTWEST EXTERMINATORS | | | | | |
| Sellers closing cost credit | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COOK COUNTY | | | | | |
| COOK COUNTY | | | | | |
| COOK COUNTY | | | | | |
| JENNER & BLOCK LLP | | | | | |
| JENNER & BLOCK LLP | | | | | |
| MCGRANE LAW | | | | | |
| CLASSIC REALTY AND KAGAN REALTY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Affiliated Radiologists Dept 4104 Carol Stream, IL 60122 | | | | | |
| | Associated Laboratory Physicians PO Box 74821 Chicago, IL 60694 | | | | | |
| | Barclays Bank Delaware Attention: Customer Support Department PO Box 8833 Wilmington, DE 19899 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt Hasenmiller For Citibank 125 S Wacker Dr Ste 400 Chicago, IL 60606 | | | | | |
| | Capital One, N.a. C/O American Infosource PO Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Chicago Institute of Neurosurgery PO Box 2401 Bedford Park, IL 60499 | | | | | |
| | EOS CCA 700 Longwater Dr Norwell, MA 02061 | | | | | |
| | Field Surgical Associates 71 W 156th St, Ste 309 Harvey, IL 60426 | | | | | |
| | Harvard Collection 4839 N Elston Ave Chicago, IL 60630 | | | | | |
| | Harvey Anesthesiologists 222 E Dundee Rd Wheeling, IL 60090 | | | | | |
| | ID Specialists Ltd 4647 W Lincoln Hwy Matteson, IL 60443 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls Attn: Recovery Dept PO Box 3120 Milwaukee, WI 53201 | | | | | |
| | Loyola University Medical Center Attn Billing 2160 1st Ave Maywood, IL 60153 | | | | | |
| | Macys/fdsb Macy's Bankruptcy PO Box 8053 Mason, OH 45040 | | | | | |
| | Nationwide Credit & Co Attn: Bankruptcy 9919 W Roosevelt Rd Ste 101 Westchester, IL 60154 | | | | | |
| | Oac Po Box 371100 Milwaukee, WI 53237 | | | | | |
| | Primary Heathcare Assoc 4647 W Lincoln Hwy, Lower Level Matteson, IL 60443 | | | | | |
| | Radiology Imaging Consult PO Box 1886 Harvey, IL 60426 | | | | | |
| | Representing: Affiliated Radiologists | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Associated Laboratory Physicians | | | | | |
| | Representing: Capital One, N.a. | | | | | |
| | Representing: Chicago Institute of Neurosurgery | | | | | |
| | Representing: Harvard Collection | | | | | |
| | Representing: Harvey Anesthesiologists | | | | | |
| | Representing: ID Specialists Ltd | | | | | |
| | Representing: Loyola University Medical Center | | | | | |
| | Representing: Primary Heathcare Assoc | | | | | |
| | Representing: Rush University Medical Group | | | | | |
| | Representing: South Suburban Hospital | | | | | |
| | Representing: Sullivan Urgent Aid Ctr | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush University Medical Group 75 Remittance Dr Dept 1611 Chicago, IL 60675 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | South Suburban Hospital attn Patient Accts 17800 S Kedzie Hazel Crest, IL 60429 | | | | | |
| | Southwest Laboratory Phys Dept 77-9288 Chicago, IL 60678 | | | | | |
| | Suburban Emergency Phys Group PO Box 4623 Carol Stream, IL 60122 | | | | | |
| | Sullivan Urgent Aid Ctr Dept 20-6001 PO Box 5990 Carol Stream, IL 60197 | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | GALAXY INTERNATIONAL PURCHASING, LL | | | | | |
| 000001 | OPHRYS, LLC | | | | | |
| 000002 | WILL COUNTY MEDICAL ASSOC | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | GALAXY INTERNATIONAL PURCHASING, LL | | | | | |
| | WILL COUNTY MEDICAL ASSOC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: 10-40164 Judge: JACQUELINE P. COX | Trustee Name: | RONALD R. PETERSON |
| Case Name: BARELLA, DEBRA A | Date Filed (f) or Converted (c): | 09/08/10 (f) |
| | 341(a) Meeting Date: | 11/08/10 |
| For Period Ending: 09/10/13 | Claims Bar Date: | 02/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 15239 Creekside, Unit C, Oak Forest, IL 60452 | 103,844.00 | 0.00 | | 0.00 | 0.00 | 139,613.57 | 0.00 |
| 2. 15119 Kilpatrick, Oak Forest, IL 1/5 interest in h | 23,400.00 | 19,400.00 | | 30,000.00 | 0.00 | 0.00 | 4,000.00 |
| 3. Cash on hand | 50.00 | 50.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Checking account w/ Harris Bank - Joint w/ sister | 1,400.00 | 1,400.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Household goods | 1,000.00 | 1,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Books, pictures, and DVDs | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 7. Clothes | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 8. Misc jewelry and watches | 200.00 | 200.00 | | 0.00 | 0.00 | 0.00 | 200.00 |
| 9. Term life Insurance - no cash value | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. 401K | 4,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 11. 04 Nissan Pathfinder | 5,700.00 | 5,388.00 | | 0.00 | 0.00 | 0.00 | 312.00 |
| 12. 01 Dodge Intrepid | 1,000.00 | 1,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.16 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $141,194.00 | $28,438.00 | | $30,000.16 | $0.00 | $139,613.57 | $9,112.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-40164 | Judge: JACQUELINE P. COX |
|---|---|---|
| Case Name: | BARELLA, DEBRA A | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 09/08/10 (f) |
| 341(a) Meeting Date: | 11/08/10 |
| Claims Bar Date: | 02/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 15, 2013. Trustee's Final Report filed with the Court. Hearing set for May 16, 2013.

July 13, 2012, 07:51 am Deal Closed; Money in the Bank, can now file a final report

January 30, 2012, 01:02 pm. The property for sale is still tied up in pobate.

February 17, 2011, 03:24 pm Property under contract and awaiting approval of both probate and bankruptcy court.

Spoke with counsel for sibling, and sale is imminent.

November 26, 2010, 1:39 p.m. Debtor owns one-fifth interest in mother's home, valued at $172,500, per Zillow.

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 06/30/13

_____    Date: _____

RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-40164 -JPC | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | BARELLA, DEBRA A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8455 Checking Account |
| Taxpayer ID No: | *******4708 | | |
| For Period Ending: | 09/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 26,051.19 | | 26,051.19 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.06 | 26,035.13 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.59 | 26,018.54 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.04 | 26,002.50 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.57 | 25,985.93 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.63 | 25,947.30 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.84 | 25,912.46 |
| 05/16/13 | 030001 | Ronald R. Peterson<br>Jenner & Block LLP<br>353 North ClarkStreet<br>Chicago, Il 60654-3456 | Professional Fees<br>Trustee's Fees | 2100-000 | | 3,350.76 | 22,561.70 |
| 05/16/13 | 030002 | Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Il 60654-3456 | Professional Fees<br>Fee Application Allowances | 3110-000 | | 7,016.00 | 15,545.70 |
| 05/16/13 | 030003 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final distribution | 7100-000 | | 1,337.97 | 14,207.73 |
| 05/16/13 | 030004 | Will County Medical Assoc<br>At Joliet Medical Bldg<br>2100 Glenwood Ave<br>Joliet, IL 60435 | Final distribution | | | 2,258.68 | 11,949.05 |
| | | | Claim   2,244.43 | 7100-000 | | | |
| | | | Interest   14.25 | 7990-000 | | | |
| 05/16/13 | 030005 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Final distribution | | | 1,457.98 | 10,491.07 |

Page Subtotals   26,051.19   15,560.12

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-40164 -JPC | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | BARELLA, DEBRA A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8455  Checking Account |
| Taxpayer ID No: | *******4708 | | | |
| For Period Ending: | 09/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/16/13 | 030006 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim      1,448.78<br>Interest         9.20<br>Final distribution | 7100-000<br>7990-000 | | 4,238.04 | 6,253.03 |
| 05/16/13 | 030007 | Galaxy International Purchasing, LLC<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim      4,211.30<br>Interest       26.74 | 7100-000<br>7990-000 | | 2,260.49 | 3,992.54 |
| 05/16/13 | 030008 | DEBRA A BARELLA<br>15239 CREEKSIDE, UNIT C<br>OAK FOREST, IL  60452 | Claim      2,246.23<br>Interest       14.26<br>Surplus Funds | 7100-000<br>7990-000<br>8200-000 | | 3,992.54 | 0.00 |

|   |   |   |   |   |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 26,051.19 | 26,051.19 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 26,051.19 | 0.00 | |
| | | Subtotal | 0.00 | 26,051.19 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 3,992.54 | |
| | | Net | 0.00 | 22,058.65 | |

Page Subtotals       0.00       10,491.07

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 10-40164 -JPC | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | BARELLA, DEBRA A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9797 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4708 | | |
| For Period Ending: | 09/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/12 | 2 | Professional National Title Network Inc<br>Three First National Plaza<br>Suite 1600<br>Chicago, Il 60602 | | | 26,059.57 | | 26,059.57 |
| | | PROFESSIONAL NATIONAL TITLE NETWORK | Memo Amount:      30,000.00 | 1110-000 | | | |
| | | COOK COUNTY | Memo Amount:  (    462.83 )<br>Real Estate Tax 2011 | 2820-000 | | | |
| | | COOK COUNTY | Memo Amount:  (    481.98 )<br>Real Estate tax 2012 | 2820-000 | | | |
| | | COOK COUNTY | Memo Amount:  (     45.03 )<br>Stamp Tax | 2820-000 | | | |
| | | CLASSIC REALTY AND KAGAN REALTY | Memo Amount:  (  1,500.00 )<br>Broker's Commission | 3510-000 | | | |
| | | PROFESSIONAL NATIONAL TITLE | Memo Amount:  (    334.59 )<br>Title Charges | 2500-000 | | | |
| | | DAVID A. RING & ASSOCIATES | Memo Amount:  (     65.00 )<br>Survey Fee | 2500-000 | | | |
| | | MCGRANE LAW | Memo Amount:  (    433.00 )<br>Attorneys Fee | 3210-000 | | | |
| | | SOUTWEST EXTERMINATORS | Memo Amount:  (     18.00 )<br>Pest Infection Fee | 2500-000 | | | |
| | | | Memo Amount:  (    600.00 )<br>Sellers closing cost credit | 2500-000 | | | |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 26,059.67 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 26,059.73 |
| 08/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR | BANK FEES | 2600-000 | | 8.54 | 26,051.19 |

Page Subtotals    26,059.73    8.54

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 10-40164 -JPC | Trustee Name: | RONALD R. PETERSON |
| Case Name: | BARELLA, DEBRA A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9797 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4708 | | |
| For Period Ending: | 09/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/09/12 | | DALLAS, TX  75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 26,051.19 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 30,000.00 | COLUMN TOTALS | 26,059.73 | 26,059.73 | 0.00 |
| Memo Allocation Disbursements: | 3,940.43 | Less: Bank Transfers/CD's | 0.00 | 26,051.19 | |
| | | Subtotal | 26,059.73 | 8.54 | |
| Memo Allocation Net: | 26,059.57 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 26,059.73 | 8.54 | |

| | | | NET | | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 30,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 3,940.43 | Checking Account - ********8455 | 0.00 | 22,058.65 | 0.00 |
| | | Money Market Account (Interest Earn - ********9797 | 26,059.73 | 8.54 | 0.00 |
| Total Memo Allocation Net: | 26,059.57 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 26,059.73 | 22,067.19 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      26,051.19

Ver: 17.03